# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 17, 2016

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

           Re:  Case No. 15-5820, *Dianne Boileau v. Capital Bank Financial Corp.*
                 Originating Case No. : 3:13-cv-00547

Dear Clerk:

    Enclosed is a copy of the mandate filed in this case.

                                                   Sincerely yours,

                                                     s/Renee M. Jefferies
                                                     Case Manager
                                                     Direct Dial No. 513-564-7021

cc:  Mr. Andy L. Allman
      Ms. Kimberly F. Seten
      Ms. Mary Dohner Smith

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 15-5820

---

Filed: May 17, 2016

DIANNE BOILEAU

    Plaintiff - Appellant

v.

CAPITAL BANK FINANCIAL CORP

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 04/25/2016 the mandate for this case hereby issues today.

COSTS: None